**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 05-cr-00270-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KEVIN DEARING,

       Defendant.

---

**MINUTE ORDER**

---

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a probation revocation hearing regarding Defendant Dearing is set **Wednesday, May 5, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.


Dated: March 31, 2010