'    **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00270-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     KEVIN DEARING,

       Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

     This will confirm that the further hearing on revocation regarding Defendant Dearing set **November 17, 2010 is RESET to 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  November 3, 2010