**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00270-LTB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     KEVIN DEARING,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK


     This will confirm that the further hearing on revocation regarding Defendant Dearing set **November 17, 2010 is VACATED and RESET for Monday, November 22, 2010 at 9:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.



Dated:  November 16, 2010
_____