# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  05-cr-00270-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.    KEVIN DEARING,

       Defendant.

___

## MINUTE ORDER
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

     Upon request of counsel, the further hearing on revocation regarding Defendant Dearing set Monday, December 27, 2010 at 9:00 a.m. is **VACATED AND RESET** to **Tuesday, January 4, 2011 at 10:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  December 20, 2010