**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  05-cr-00270-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     KEVIN DEARING,

        Defendant.

**MINUTE ORDER**

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a further hearing on revocation regarding Defendant Dearing is set **Tuesday, August 16, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  March 30, 2011